

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2015

No. 04-15-00559-CR

Tyler Keith **ZIEGLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR4425
Honorable Ray Olivarri, Judge Presiding

### O R D E R

Extension of time to file the court reporter's record is this date NOTED. Time is extended to November 25, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc: Nicolas A. LaHood
District Attorney, Bexar County
101 W. Nueva, Suite 370
San Antonio, TX 78205

Bob L. Hogan
Official Court Reporter, 226th Judicial District
100 Dolorosa Street, Suite 209
Bexar County Courthouse
San Antonio, TX 78205-3028

Sachiko Nagao
Official Court Reporter for the 399th District
Court
Cadena Reeves Justice Center
300 Dolorosa, Suite 1054
San Antonio, TX 78205

Barry P. Hitchings
Hitchings & Pollock
645 South Presa
San Antonio, TX 78210